UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 16 P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| AGFA CORPORATION and AGFA-GEVAERT AKTIENGESELLSCHAFT, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| RAD GRAPHIC SYSTEMS, INC. and ROBERT DERRYBERRY, | ) ) ) |
| Defendants. | ) ) ) ) |

Civil Action No.

# 03 cv 12524

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1, plaintiff Agfa Corporation hereby states that it is a wholly owned subsidiary of The Agfa-Gevaert Group, which is a publicly held corporation.

Respectfully submitted,

AGFA CORPORATION

By its attorneys,

Michael Arthur Walsh (BBO# 514875)
E. Page Wilkins (BBO # 654535)
CHOATE HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
Tel.: (617) 248-5000

Of Counsel:

Theodore A. Breiner
Jennifer A. Pulsinelli
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, Virginia  22314

Robert A. Sabourin
AGFA CORPORATION
200 Ballardvale Street
Wilmington, MA  01887-1069

Dated: December 16, 2003

3634726v1