UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AGFA CORPORATION and
AGFA-GEVAERT AKTIENGESELLSCHAFT

      Plaintiffs,

v.

RAD GRAPHIC SYSTEMS, INC. and
ROBERT DERRYBERRY,

      Defendants.

Civil Action No. 03 CV 12524 RGS

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1, plaintiff Agfa-Gevaert Aktiengesellschaft hereby states that it is a wholly owned subsidiary of The Agfa-Gevaert Group, which is a publicly held corporation.

Respectfully submitted,

AGFA-GEVAERT AKTIENGESELLSCHAFT

By its attorneys,

Michael Arthur Walsh (BBO# 514875)
E. Page Wilkins (BBO # 654535)
CHOATE HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
Tel.: (617) 248-5000

Of Counsel:

Theodore A. Breiner
Jennifer A. Pulsinelli
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, Virginia  22314

Robert A. Sabourin
AGFA CORPORATION
200 Ballardvale Street
Wilmington, MA  01887-1069

Dated: December 16, 2003

3634729v1